The Honorable Judge Steve C Jones
United States District Court Judge
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

November 12, 2017

Re: Sentencing of Roman Seleznev, United States v. ROMAN SELEZNEV, Docket Nos. 1:09-CR-491-13, 1:17-CR-306-1

      Your Honor, I am Roman Seleznev, the Defendant in the above cases. I submit this letter to assist you for my upcoming sentencing. Please forgive me for writing this letter as I know you are very busy. However, I cannot overemphasize how it is important to me to let you know that I am sincerely sorry for all that I did to the victims of my crimes. My actions are inexcusable. I can only attribute those actions to my own stupidity, poor judgment, and wrong decisions. I wish I never have done what I did, but I cannot revert back time. My actions were selfish. I was a desperate, lonely child trying to survive in this world - however I have chosen the wrong path. Instead of creating things I was destroying them. I thought it was an easy way; it appears it was the wrong way.

      I fully and unconditionally accept responsibility for all my crimes. I deeply regret what I did, and for this I apologize to you, to the government, to people of the United States.

Scanned by CamScanner

I want to let you know that I want to use all my knowledge and skill to redress at least some of my wrongdoings to the American society. I am now incarcerated in U.S.P. Atlanta and I have been working here for about 5 months, 15 hours a day. I was sweeping and mopping floors, serving trays, doing laundry for inmates, painting walls, and doing many other things in prison. For all this work, I get paid $18.48 every month. I want to apply all this money toward paying my restitution - I know it is a very small sum - but this is important for me to know that I am paying my debt to the American society.

The past three and a half years I spent in several prisons - those years were very difficult for me. I know that I deserve that. Still, I am hopeful that some day I can see the daylight - please make this dream possible. I just want to let you know that I would never repeat my mistakes again and I will never break any law. Thank you for reading of this letter.

Roman Seleznev

Scanned by CamScanner