# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00306-SCJ &
## 1:09-CR-491-13-SCJ
## USA v. Seleznev
## Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 11/30/2017.

| | |
|---|---|
| TIME COURT COMMENCED: 11:50 A.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 12:40 P.M. | COURT INTERPRETER: Olga Gorenshteyn |
| TIME IN COURT: 00:50 | USPO: Barbara Oswald |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Pamela Wright |

| | |
|---|---|
| DEFENDANT(S): | [1]Roman Seleznev Present at proceedings |
| ATTORNEY(S) PRESENT: | Catherine Dick representing USA<br>Kamal Ghali representing USA<br>Igor Litvak representing Roman Seleznev |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing held in 1:09-cr-491-13 and 1:17-cr-306. Interpreter sworn. Oral argument heard. Sentence imposed: 168 months imprisonment and 3 years supervised release in each case, with terms to be served concurrently to each other and to sentence imposed in USDC Western District of Washington, case no. 2:11-CR-0070-RAJ-1; $2,178,349.00 restitution in 1:09-cr-491-13 and $50,893,166.35 restitution in 1:17-cr-306, joint and several with codefendants; $100.00 special assessment in each case. Defendant was advised of his appeal rights and remanded to custody. |
| HEARING STATUS: | Hearing Concluded |